UNITED STATES DISTRICT COURT                          Rev. 9/03
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  BARBARA D. O'DONNELL,

                              Plaintiff,
                                                      **ORDER OF REFERENCE**
               - against -                            **TO A MAGISTRATE JUDGE**

METLIFE DISABILITY INS. CO.,
                                                      08 Civ. 1117 (CLB) (GAY)
                              Defendant.
-----------------------------------------------------------------X

        The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate
Judge for the following purpose(s):

___  General Pretrial (includes scheduling,         ___  Consent under 28 U.S.C. §636(c) for all
     discovery, non-dispositive pretrial motions,        purposes (including trial)
     and settlement)

**_X_  All Purposes**

___  Specific Non-Dispositive Motion/Dispute:*      ___  Consent under 28 U.S.C.§636(c) for
                                                         limited purpose of _____
     _____
     _____

                                                    ___  Habeas Corpus
___  Settlement*
                                                    ___  Dispositive Motion (i.e., motion
                                                         requiring a Report and Recommendation)

___  Inquest After Default/Damages Hearing             Particular Motion:_____

                                                       _____
___ ___  All purposes permitted by law
                                                       All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
          February 19, 2008

                                                    _____
                                                    United States District Judge